# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATECH CONSULTING, INC., Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-02892-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME TO FILE JOINT ADR REPORT** |

# ORDER

After consideration of Plaintiff Informatech Consulting, Inc.'s ("Plaintiff") and Bank of America Corporation's and Bank of America, N.A.'s ("Defendants") (collectively "Parties") Stipulated Request for Order Changing Time to File Joint ADR Report, good cause appearing therefor, the Court GRANTS the Stipulated Request. The deadline for the Parties to file a Joint ADR Report shall be extended to September 16, 2020.

**IT IS SO ORDERED.**

Dated: __August 27, 2020__   By: _____
Hon. Judge Vince Chhabria
United States District Judge

APPROVED