UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATECH CONSULTING, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>    Defendants. | Case No. 20-cv-02892-VC<br><br>**ORDER CONSOLIDATING CASES**<br><br>Re: Dkt. Nos. 37, 54 |
| STUDIO 1220, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 20-cv-03081-CV |

Pursuant to the parties' stipulation at Dkt. Nos. 37 and 54 the case *Studio 1220, Inc. v. Bank of America, Ntaional Association, et al.*, No. 20-cv-03081-VC, is hereby consolidated into *Informatech Consulting, Inc. v. Bank of America Corporation, et al.*, No. 20-cv-02892-VC.

A case management conference is set for December 1, 2020, at 2 p.m. via zoom. The parties should submit a joint Case Management Statement by November 24, 2020.

**IT IS SO ORDERED.**

Dated: September 11, 2020

_____
VINCE CHHABRIA
United States District Judge