UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATECH CONSULTING, INC., and STUDIO 1220, INC., Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; and INTRALINKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-02892-VC<br>CONSOLIDATED<br><br>*[Assigned for all purposes to Judge Vince Chhabria]*<br><br>[~~PROPOSED~~] **ORDER GRANTING BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.'S MOTION TO INCREASE PAGE LIMITS** |

## ORDER

After consideration of Bank of America Corporation's and Bank of America, N.A.'s Motion for Increased Page Limits, good cause appearing therefore, the Court GRANTS the request. Bank of America Corporation and Bank of America, N.A. may file a brief in support of their consolidated FRCP 12(b)(1) and FRCP 12(b)(6) motion not to exceed 25 pages; Plaintiffs may file a brief in opposition to the motion, not to exceed 25 pages; and Bank of America Corporation and Bank of America, N.A. may file a reply brief not to exceed 12 pages.

**IT IS SO ORDERED.**

Dated: October 27, 2020      By: _____
                                  Hon. Judge
                                  United States



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of October 2020, true and correct copies of **[PROPOSED] ORDER GRANTING BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.'S MOTION TO INCREASE PAGE LIMITS** was filed with the Court and served on all parties to this action via the CM/ECF.

*/s/Arlene R. Yang*
Arlene R. Yang