Alex R. Straus (SBN 321366)
**WHITFIELD BRYSON LLP**
167 McCormick Street
Los Angeles, CA 91436
Tel.: (310) 450-9689
E-mail: alex@whitfieldbryson.com

*Attorneys for Plaintiff*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATECH CONSULTING, INC. AND STUDIO 1220, INC., Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; AND INTRALINKS, INC.,<br><br>Defendants. | Case No. 20-CV-02892-VC<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.'S MOTION TO DISMISS, MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, AND INTRALINKS, INC.'S MOTION TO DISMISS** |

UNOPPOSED MOTION AND [~~PROPOSED~~ ORDER] RE: MOTIONS TO DISMISS AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. 20-CV-02892-VC

Plaintiffs Informatech Consulting, Inc. and Studio 1220, Inc. ("Plaintiffs"), with the consent of Defendants Bank of America Corporation and Bank of America, N.A. ("Bank of America"), and Intralinks, Inc., move the Court to extend the responsive pleading deadline to oppose the Motion to Dismiss and Motion to Compel Arbitration and Stay Proceedings (ECF Nos. 53 and 54) filed by the Defendant Bank of America, and the Motion to Compel Arbitration and Stay Proceedings (ECF No. 55) filed by Defendant Intralinks, Inc., which are currently due November 9, 2020. Plaintiffs, with consent from Defendants, propose the following modification to the current schedule:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Opposition Briefs Due: | November 9, 2020 | November 23, 2020 |
| Reply Briefs Due: | November 16, 2020 | December 17, 2020 |
| Hearing on Motions: | December 10, 2020 | January 7, 2021 |
| Case Management Statement: | November 24, 2020 | January 19, 2021 |
| Case Management Conference: | December 1, 2020 | February 2, 2021 |

This motion is not being submitted for purposes of delay. This motion is brought due to the number and complexity of the issues raised in Defendants' multiple motions.

UNOPPOSED MOTION AND [PROPOSED ORDER] RE: MOTIONS TO DISMISS AND
MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. 20-CV-02892-VC

- 2 -

WHEREFORE, the Plaintiffs respectfully requests that the Court enter an Order extending Plaintiffs' deadline to respond to the motions to November 16, 2020.

Date: November 5, 2020

Respectfully submitted,

**WHITFIELD BRYSON LLP**

*/s/ Alex R. Straus*
WHITFIELD BRYSON LLP
Alex R. Straus (SBN 321366)
16748 McCormick Street
Los Angeles, CA 91436
Tel.: (310) 450-9689
E-mail: alex@whitfieldbryson.com

**WHITFIELD BRYSON LLP**
Daniel K. Bryson
(*pro hac vice* forthcoming)
Scott C. Harris
(*pro hac vice* forthcoming)
Patrick M. Wallace
(*pro hac vice* forthcoming)
900 W. Morgan Street
Raleigh, NC 27603
Tel.: (919) 600-5000
Fax: (900) 600-5035
Email: dan@whitfieldbryson.com
scott@whitfieldbryson.com
pat@whitfieldbryson.com

**KEEGAN & BAKER, LLP**
Patrick N. Keegan, Esq. (SBN 167698)
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel.: (760) 929-9303
Fax: (760) 929-9260
Email: pkeegan@keeganbaker.com

UNOPPOSED MOTION AND [PROPOSED ORDER] RE: MOTIONS TO DISMISS AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. 20-CV-02892-VC

- 3 -

WHEREFORE, the Plaintiffs respectfully requests that the Court enter an Order extending Plaintiffs' deadline to respond to the motions to November 16, 2020.

Date: November 5, 2020

Respectfully submitted,

**WHITFIELD BRYSON LLP**

*/s/ Alex R. Straus*
WHITFIELD BRYSON LLP
Alex R. Straus (SBN 321366)
16748 McCormick Street
Los Angeles, CA 91436
Tel.: (310) 450-9689
E-mail: alex@whitfieldbryson.com

**WHITFIELD BRYSON LLP**
Daniel K. Bryson
(*pro hac vice* forthcoming)
Scott C. Harris
(*pro hac vice* forthcoming)
Patrick M. Wallace
(*pro hac vice* forthcoming)
900 W. Morgan Street
Raleigh, NC 27603
Tel.: (919) 600-5000
Fax: (900) 600-5035
Email: dan@whitfieldbryson.com
scott@whitfieldbryson.com
pat@whitfieldbryson.com

**KEEGAN & BAKER, LLP**
Patrick N. Keegan, Esq. (SBN 167698)
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel.: (760) 929-9303
Fax: (760) 929-9260
Email: pkeegan@keeganbaker.com

UNOPPOSED MOTION AND [PROPOSED ORDER] RE: MOTIONS TO DISMISS AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. 20-CV-02892-VC

- 3 -

|     |     |
| --- | --- |
| 1   | **BERGER MONTAGUE PC** |
| 2   | Benjamin Galdston (SBN 211114) |
|     | 12544 High Bluff Drive, Suite 340 |

**BERGER MONTAGUE PC**
Benjamin Galdston (SBN 211114)
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel.: (619) 489-0300
Email: bgaldston@bm.net

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
(*pro hac vice* forthcoming)
Rebecca A. Peterson (SBN 241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981
Email: rkshelquist@locklaw.com
rapeterson@locklaw.com

**GREG COLEMAN LAW PC**
Gregory F. Coleman
(*pro hac vice* forthcoming)
William A. Lanier (SBN 330334)
Lisa A. White
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Email: greg@gregcolemanlaw.com
will@gregcoleman.com
lisa@gregcoleman.com

*Attorneys for Plaintiffs and the Proposed Class*

---

UNOPPOSED MOTION AND [PROPOSED ORDER] RE: MOTIONS TO DISMISS AND
MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. 20-CV-02892-VC

- 4 -

## [~~PROPOSED~~] ORDER

Having considered the Plaintiffs' Unopposed Stipulation to Extend Time to Respond to Bank of America's Motion to Dismiss and Motion to Compel Arbitration and Stay Proceedings, and Intralinks, Inc.'s Motion to Dismiss, the Court HEREBY ORDERS THAT:

1. The Stipulation is GRANTED; AS MODIFIED

2. Plaintiffs shall have until November 23, 2020 to file their response to Bank of America's Motion to Dismiss and Motion to Compel Arbitration and Stay Proceeds, and Intralinks, Inc.'s Motion to Dismiss (the "Motions");

3. Defendants Bank of America and Intralinks shall have until December 17, 2020 to file their respective replies in support of the Motions;

4. The hearing on the Motions is continued to January 7, 2021 at 10:00 a.m.;

5. The Case Management Conference is continued to February 2, 2021 at 2:00 p.m.; and

6. The Joint Case Management Conference statement shall be filed by ~~January 19, 2021.~~ January 26, 2020.

IT IS SO ORDERED.

Dated: November 6, 2020    _____
The Hon.
United St...  Judge Vince Chhabria



IT IS SO ORDERED AS MODIFIED

[~~PROPOSED~~ ORDER] RE: MOTIONS TO DISMISS AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
CASE NO. 20-CV-02892-VC

- 5 -

## ATTORNEY ATTESTATION

Pursuant to C.D. Cal. Civil L.R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the signatory shown above and that the signatory has authorized placement of their electronic signature on this document.

Executed on November 5, 2020, at Los Angeles, California.

                                                        */s/ Alex R. Straus*
                                                        Alex R. Straus