UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATECH CONSULTING, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>        Defendants. | Case No. 20-cv-02892-VC<br><br>**ORDER TO REFILE MISSING EXHIBITS**<br><br>Re: Dkt. No. 54 |

In support of its motion to compel arbitration, the Bank of America defendants submitted a declaration from Chris Yuasa that purports to attach two monthly balance statements as Exhibits 10 and 11. *See* Dkt. No. 54-1. No such exhibits appear to have been filed. The Bank of America defendants are ordered to refile these missing exhibits by Tuesday, January 19.

**IT IS SO ORDERED.**

Dated: January 15, 2021

VINCE CHHABRIA
United States District Judge