Janice P. Brown (SBN: 114433)
jbrown@meyersnave.com
Arlene R. Yang (SBN: 297450)
ayang@meyersnave.com
Matthew B. Nazareth (SBN: 278405)
mnazareth@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
600 B Street, Suite 1650
San Diego, California 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Defendants
*Bank of America Corporation and*
*Bank of America, N.A.*

(additional counsel on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATECH CONSULTING, INC., and STUDIO 1220, INC., Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; and INTRALINKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-02892-VC<br>CONSOLIDATED<br><br>*[Assigned for all purposes to Judge Vince Chhabria]*<br><br>**DEFENDANTS BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.'S NOTICE OF SUBMISSION PURSUANT TO COURT ORDER TO REFILE EXHIBITS**<br><br>Consolidated FAC Filed: September 25, 2020 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to this Court's January 15, 2021 Order to Refile Missing Exhibits (Dkt. No. 70), Defendants Bank of America Corporation and Bank of America, N.A. hereby submit the following Exhibits 10 and 11 to the Declaration of Chris Yuasa in Support of Motion to Compel Arbitration and Stay the Proceedings (Dkt. No. 54-1). These Exhibits were inadvertently omitted when Defendants filed the Declaration, and the undersigned counsel apologizes to the Court for the oversight.

Respectfully submitted,

Dated: January 15, 2021

**MEYERS, NAVE, RIBACK, SILVER & WILSON**

By: */s/ Matthew B. Nazareth*
Janice P. Brown (SBN: 114433)
Arlene R. Yang (SBN: 297450)
Matthew B. Nazareth (SBN: 278405)
600 B Street, Suite 1650
San Diego, CA 92101
Tel. 619-330-1700
Fax 619-330-1701
jbrown@meyersnave.com
ayang@meyersnave.com
mnazareth@meyersnave.com

**WILLIAMS & CONNOLLY LLP**
Enu A. Mainigi (pro hac vice)
Kenneth C. Smurzynski (pro hac vice)
Craig D. Singer (pro hac vice)
Jesse T. Smallwood (pro hac vice)
725 12th Street, N.W.
Washington, D.C. 20005
Tel. 202-434-5000
Fax 202-434-5029
emainigi@wc.com
ksmurzynski@wc.com
csinger@wc.com
jsmallwood@wc.com

Attorneys for Defendants
*Bank of America Corporation and*
*Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of January 2021, true and correct copies of **BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.'S NOTICE OF SUBMISSION** was filed with the Court and served on all parties to this action via the CM/ECF.

*/s/ Matthew B. Nazareth*
Matthew B. Nazareth

3668335.1