UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDIO 1220, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>INTRALINKS, INC.,<br><br>    Defendant. | 20-cv-02892-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 25, 2021

VINCE CHHABRIA
United States District Judge